LINK:

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES – GENERAL

| Case No. | **CV 16-02157-BRO (SPx)** | Date | November 28, 2016 |
|---|---|---|---|
| Title | **XIOMARA VEGA V. TARGET CORPORATION** | | |

| Present: The Honorable | **BEVERLY REID O'CONNELL, United States District Judge** | |
|---|---|---|
| Renee A. Fisher | Not Present | N/A |
| Deputy Clerk | Court Reporter | Tape No. |
| Attorneys Present for Petitioners: | Attorneys Present for Respondents: | |
| Not Present | Not Present | |

**Proceedings:**     (IN CHAMBERS)

### ORDER RE FAILURE TO OPPOSE
### PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT AND TO REMAND ACTION TO STATE COURT [14]

Pending before the Court is Plaintiff Xiomara Vega's ("Plaintiff") Motion for Leave to File an Amended Complaint and to Remand the Action to State Court. (Dkt. No. 14.) Plaintiff filed her Motion on November 8, 2016, noticing a hearing date of December 12, 2016. (*Id.*) Under this Court's Local Rules, a party must oppose a motion (or file a notice of non-opposition) at least twenty-one (21) days prior to the scheduled hearing date. *See* C.D. Cal. L.R. 7-9.[1] Accordingly, Defendant Target Corporation's ("Defendant") Opposition was due no later than November 21, 2016. *See id.* As of today's date, Defendant has not responded to Plaintiff's Motion. Pursuant to Local Rule 7-12, the failure to file an opposition "may be deemed consent to the granting . . . of the motion." *See* C.D. Cal. L.R. 7-12.

Accordingly, Defendant is **ORDERED TO SHOW CAUSE** as to why it failed to timely oppose Plaintiff's Motion. Both (1) Defendant's Response to this Order and (2) Defendant's Opposition, if any, to the Motion shall be filed by **no later than Thursday, December 1, 2016, at 4:00 p.m.** Plaintiff's Reply, if any, is due no later than **Tuesday, December 6, 2016, at 4:00 p.m.** Defendant's failure to respond to this Order or to file an Opposition by the given deadline may result in the granting of Plaintiff's Motion.

---

[1] A copy of this Court's Local Civil Rules is available at the United States District Court, Central District of California's website: https://www.cacd.uscourts.gov/court-procedures/local-rules.